UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

A V LOWRIE III (1),

                Defendant.

CASE NO. 07CR1143-L

BY _____ CP _____ DEPUTY

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_XX_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 27, 2007

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____